**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** James Doyle Moran, II<br>Teresa Louise Moran<br>          Debtors | **BK NO. 18-02876 HWV**<br><br>Chapter 7 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of BANK OF AMERICA and index same on the master mailing list.

                                          Respectfully submitted,

                                        **/s/ James C. Warmbrodt, Esquire**
                                        James C. Warmbrodt, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        412-430-3594