Certificate Number: 00437-PAM-DE-031437653

Bankruptcy Case Number: 18-02876


00437-PAM-DE-031437653

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on <u>August 7, 2018</u>, at <u>11:07</u> o'clock <u>AM MDT</u>, <u>Teresa Moran</u> completed a course on personal financial management given <u>by internet</u> by <u>Black Hills Children's Ranch, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 7, 2018</u>  By: <u>/s/Kimberly Jackson</u>

Name: <u>Kimberly Jackson</u>

Title: <u>Accredited Financial Counselor</u>